

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SEARCH WARRANT | ) | No. 08- 21-M |
| | ) | |

**MOTION AND ORDER TO SEAL**
**SEARCH WARRANT, APPLICATION AND**
**AFFIDAVIT FOR SEARCH WARRANT, AND FILE**

**NOW COMES** the United States of America, by and through its undersigned counsel, and hereby moves this Honorable Court to seal the Search Warrant, Application and Affidavit for Search Warrant and the file until further Order of the Court, with the exception that authorization be given to federal investigators to leave a copy of the warrant at the subject premises, and to the U.S. Attorney's Office to give copies of the document to attorneys representing targets of the investigation.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 2-5-08

**IT IS SO ORDERED** this 5th day of February, 2008.

_____
HONORABLE LEONARD. P. STARK
United States Magistrate Judge