AO 93 (Rev. 5/85) Search Warrant

**ORIGINAL**

# United States District Court

DISTRICT OF __DELAWARE__

In the Matter of the Search of

(Name, address or brief description of person or property to be searched)

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Milton, Delaware 19968,
described more particularly
on Attachment A

**SEARCH WARRANT**

CASE NUMBER: 08- 21-M

~~SEALED~~ UNSEALED 2/12/08 KTK

TO: __David B. Yeary__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Special Agent David B. Yeary__ who has reason to
                                                       Affiant

believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

in the_____ District of __Delaware__ there is now
concealed a certain person or property, namely (describe the person or property)

described in Attachment B

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __February 8, 2008__
                                                                   Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime — 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to _____
                                                                U.S. Judge or Magistrate
as required by law.

__February 5, 2008 @ 3:10 p.m.__           at    __Wilmington, Delaware__
Date and Time Issued                              City and State

Honorable Leonard P. Stark
United States Magistrate Judge                    [signature]
Name and Title of Judicial Officer                Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 2-5-08 | 2-6-08  0930 hrs | Gregory Humphreys |

INVENTORY MADE IN THE PRESENCE OF

Gregory Humphreys

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See Attached

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date.

_____   _____
U.S. Judge or Magistrate           Date



# Department of Homeland Security
## Immigration and Customs Enforcement

Case Number: WM07QR07WM0009

| Agent's Initials | Location of Item | Description of Item |
|---|---|---|
| DT | ▮▮▮▮▮, Milton DE | CPU SN# 66R-00838 |
| | | e-Machines CPU SN# QEV3801004793 |
| | | Western Digital Hard Drive SN# 1272255098165 |
| | | Thumb Drive USB Storage Device |
| | | Compaq Pocket PC |
| | | VHS Tapes (91) |
| | | CD's - DVD's (49) |
| | | 3½ Floppy (9) |
| | | Cassette Tapes (11) |
| | | Magazines (13) |
| DT | ▮▮▮▮▮, Milton DE | Misc Docs |

Items seized on 2-6-08   DT

## ATTACHMENT A:

## DESCRIPTION OF LOCATION TO BE SEARCHED

The residence located at:

███████████████

Milton, Delaware 19968

███████████████ 's a single-family three-story residence, which has a reddish brown exterior with a detached garage. The front of the house facing Chestnut Street, has two windows on the ground floor and tree windows on the second floor, all windows have a white/brownish awning over each window. The front door consists of a white storm door, with a white mailbox attached to it. A picture of a Santa Claus is placed over the window of the interior front door. The front door landing area has a white/brownish awing covering it. There is also white dormer window on the front of the house. The left side of the house four windows on the ground floor with the window closest to Chestnut, having a white/brownish awning, the second floor has three windows with the window closest to Chestnut, having a white/brownish awning. There is a white dormer window on the left side of the house. The right side of the house has three windows on the ground floor and three windows on the second floor. The window closest to Chestnut has a white/brown awning and an air conditioner in the window. There is a white dormer window on the right side of the house. There is a small satellite dish attached to the roof at the rear of the house on the right side.

## ATTACHMENT B:

## DESCRIPTION OF ITEMS TO BE SEARCHED FOR AND SEIZED

The following is a description of the items evidencing violations of Title 18, United States Code, Sections 2252 and 2252A to be searched for and seized, pursuant to the attached search warrant. The seizure and search of computers and computer media will be conducted in accordance with the process described in the affidavit submitted in support of this warrant:

a. images of child pornography, files containing images of child pornography in any form, and records or materials relating to such images, including the images discussed in this affidavit, wherever they may be stored or found, including, but not limited to:

    i.    any computer, computer system and related peripherals; tapes, cassettes, cartridges, streaming tape, commercial software and hardware, computer disks, disk drives, monitors, computer printers, modems, tape drives, disk application programs, data disks, system disk operating systems, magnetic media floppy disks, hardware and software operating manuals, tape systems and hard drive and other computer-related operation equipment, digital cameras, scanners, computer photographs, Graphic Interchange formats and/or photographs, undeveloped photographic film, slides, and other visual depictions of such Graphic Interchange formats (including, but not limited to, JPG, GIF, TIF, AVI, and MPEG), any electronic data storage devices (including, but not limited to hardware, software, diskettes, backup tapes, CD-ROMS, DVD, Flash memory devices, and other storage mediums), any input/output peripheral devices (including but not limited to passwords, data security devices and related documentation), and any

hardware/software manuals related to or used to visually depict child pornography, to contain information pertaining to the interest in child pornography; and/or to distribute, receive, or possess child pornography, as well as information pertaining to an interest in child pornography;

ii. books and magazines containing visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256;

iii. originals, copies, and negatives of visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256; and

iv. motion pictures, films, videos, and other recordings of visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256;

b. information or correspondence pertaining to the possession, receipt or distribution of visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256, that were transmitted or received using computer, some other facility or means of interstate or foreign commerce, common carrier, or the U.S. mail including, but not limited to:

i. envelopes, letters, and other correspondence including, but not limited to, electronic mail, chat logs, and electronic messages, establishing possession, access to, or transmission through interstate or foreign commerce, including by United States mail or by computer, of visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256 to include internet paysites Red Vids 2, Home Collection 1001/Desired Angels and Home Collection 1002; and

ii. books, ledgers, and records bearing on the production, reproduction, receipt,

shipment, orders, requests, trades, purchases, or transactions of any kind involving the transmission through interstate or foreign commerce including by United States mail or by computer of any visual depiction of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256;

c. credit card information, including but not limited to bills and payment records, such as records relating to the purchases discussed in this affidavit, for accounts to include American Express credit cards ▓▓▓▓▓▓▓▓▓▓ and ▓▓▓▓▓▓▓▓▓▓

d. records evidencing occupancy or ownership of the premises described above, including, but not limited to, utility and telephone bills, mail envelopes, or addressed correspondence; and

e. records or other items which evidence ownership or use of computer equipment or activity found in the above residence, including, but not limited to, sales receipts, bills or records regarding procurement of Internet access, records regarding accounts held with ISPs, to include Comcast Cable communications, screen names, to include ▓▓▓▓▓▓▓▓▓▓ and handwritten notes.